```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
    HECTOR GALINDO,                                   :
                                                      :
                              Plaintiff,              :    16 Civ. 9149 (KPF)
                                                      :
                    v.                                :            ORDER
                                                      :
    EAST COUNTY LOUTH, INC., et al.,                  :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 23, 2017

KATHERINE POLK FAILLA, District Judge:

    The Court has held two telephonic discovery conferences in this case: one on June 6, 2017, and another on June 23, 2017. The June 6, 2017 conference was initially scheduled for May 26, 2017. (Dkt. #46). On May 23, 2017, the Court issued an endorsement adjourning that conference until May 30, 2017. (Dkt. #48). And because counsel could not accommodate that date, the Court adjourned the conference a second time — to June 6, 2017. (Minute Entry Dated June 1, 2017).

    During the June 6, 2017 discovery conference, the Court explained to the parties that it planned to toll this case's discovery deadlines from May 23, 2017, through the date on which the Court resolved the parties' discovery disputes. It is the Court's understanding that, after today's telephone conference, the parties have no remaining discovery disputes.

    Accordingly, the discovery deadlines set forth in the parties' Civil Case Managing Plan and Scheduling Order are adjourned for **31 days**. Accordingly,

fact discovery in this case must conclude by **December 18, 2017**. The post-fact-discovery conference previously scheduled for November 21, 2017, at 3:00 p.m., is ADJOURNED until **December 21, 2017, at 3:00 p.m.**

    SO ORDERED.

Dated:    June 23, 2017
             New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge